Elvira Aguirre,

    Plaintiff,

v.

Westrock Services, LLC et al.,

    Defendants.

2:21-cv-01285-VAP-JPRx

**Judgment
(Dkt. 26)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting Westrock Services, LLC's ("Defendant") Motion to Dismiss, IT IS ORDERED AND ADJUDGED that the action, Elvira Aguirre v. Westrock Services, LLC et al., 2:21-cv-01285-VAP-JPRx, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 7/6/21

                        Virginia A. Phillips
                        United States District Judge